UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES PAYNE,

        Plaintiff,

   v.

CLIFF ALLENBY, et al.,

        Defendants.

No. 2:14-cv-2555-MCE-EFB P

ORDER

     Plaintiff is a civil detainee housed at Coalinga State Hospital, and is proceeding without counsel in an action brought pursuant to 42 U.S.C. § 1983. He has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

     He alleges a violation of his civil rights arising out of events that occurred in Tulare County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. *See* Local Rule 120(d). Moreover, plaintiff's commitment proceedings under the Sexually Violent Predators Act took place in Tulare County Superior Court, which is also part of the Fresno Division. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

1

Accordingly, it is hereby ordered that:

1. This action is transferred to the Fresno Division.

2. The Clerk of Court shall assign a new case number.

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: December 22, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE